UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AWRAHA Y. DANIEL

       Plaintiff,

vs.   Case No. 2:09-cv-11282
    Hon. Patrick J. Duggan

ALLSTATE INSURANCE COMPANIES,   Magistrate R. Steven Whalen
a foreign corporation,

       Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

    Based upon agreement between the parties, as evidenced by the signatures of their attorneys below, and the Court being advised in the premises, it is hereby ordered that the case is dismissed with prejudice and without costs, interest, expenses or attorneys' fees to either of the parties.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  November 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

|  |  |
|---|---|
|  | Approved as to form and substance. |
| Notice of entry waived. |  |
| *s/Paul C. Woods* | *s/Paul H. Johnson, Jr.* |
| Attorney for Plaintiff | Attorneys for Defendant Allstate |
| 15565 Northland Drive, Suite 504 West | 27777 Franklin Road, Suite 1400 |
| Southfield, Michigan 48075 | Southfield, Michigan 48034 |
| (248) 569-0351 | (248) 356-8590 |
| paul_woods2003@yahoo.com | pjohnson@pjmpc.com |
| P63995 | P26871 |